UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIAMI VALLEY HOSPITAL<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY INSURANCE COMPANY,<br>dba ANTHEM BLUE CROSS AND BLUE<br>SHIELD<br><br>　　　　Defendant. | Case No. 3:19-cv-00131-WHR<br><br>Judge Walter H. Rice |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

This matter is before the Court upon Defendant's motion for an extension of time up to and including June 27, 2019, to move, answer, or otherwise plead in response to Plaintiff's Complaint. Having considered the motion, and being otherwise sufficiently advised, Defendant's motion is hereby GRANTED. Defendant shall have up to and including June 27, 2019 to respond to Plaintiff's Complaint.

Dated: 6.10.19

　　　　　　　　　　　　　　　　　　　　　　Walter H. Rice
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE